IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MITCHELL SHANE ESTEP,
    Petitioner,

vs.                                  Case No.:  5:06cv74/MCR/EMT

JOSE BARRON, JR., et al.,
    Respondents.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 31, 2006.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice for Petitioner's failure to exhaust his administrative remedies.

    **DONE AND ORDERED** this 3rd day of October, 2006.

                                                        s/ *M. Casey Rodgers*
                                                         **M. CASEY RODGERS**
                                                         **UNITED STATES DISTRICT JUDGE**